A separate order will be entered accordingly.

FAG (U.K.) LTD., BARDEN CORP. (U.K.) LTD., BARDEN CORP, FAG BEARINGS CORP, RHP BEARINGS LTD., NSK BEARINGS EUROPE LTD., AND NSK CORP, PLAINTIFFS *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO., DEFENDANT-INTERVENOR

Consolidated Court No. 97–01–00063–S1

(Dated January 30, 2001)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, *FAG (U.K). Ltd., The Barden Corporation (U.K.) Ltd., The Barden Corporation, FAG Bearings Corporation, RHP Bearings Ltd., NSK Bearings Europe Ltd. and NSK Corporation v. United States,* 22 CIT 918, 24 F. Supp. 2d 297 (1998) ("Remand Results"), and Commerce having complied with the Court's remand and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on December 15, 1998, are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.